IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS L. MOSES**, <br><br> Plaintiff, <br><br> v. <br><br> **NEIGHBORHOOD REINVESTMENT CORPORATION d/b/a NEIGHBORWORKS AMERICA**, <br><br> Defendant. | Case No. 22-cv-01813 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Clerk of the Court should take notice that under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marcus Moses voluntarily dismisses without prejudice his suit against Defendant Neighborhood Reinvestment Corporation d/b/a NeighborWorks America ("NRC"). NRC has served neither an answer nor a motion for summary judgment. Thus, voluntary dismissal of this suit without prejudice is appropriate.

Respectfully submitted,

Onyebuchim A. Chinwah
(Pro Hac Vice Admission forthcoming)
THE CHINWAH FIRM LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
Phone: (240) 842-9292
Email: oc@chinwahfirm.com
*Lead Counsel for Plaintiff*

/s/ Darrell Chambers
Darrell Chambers
(DC Bar # 980872)
The CHAMBERS FIRM LLC
116 Village Boulevard, Suite 200
Princeton, NJ 08540
Phone: (410) 660-3692
Email: darrell@chambersfirmDCMD.com
*Cocounsel for Plaintiff*

Dated: August 29, 2022